OFFICE OF DISCIPLINARY COUNSEL *v.* BROWN.

[Cite as *Disciplinary Counsel v. Brown* (1998), 84 Ohio St.3d 1.]

(No. 98–399—Submitted July 8, 1998—Decided November 10, 1998.)

2

*Jonathan E. Coughlan*, Disciplinary Counsel, *Kevin L. Williams* and *Lori J. Brown*, Assistant Disciplinary Counsel, for relator.

*James J. Chester*, for respondent.

**Per Curiam.** We adopt the findings of the board and its conclusions that respondent violated the Disciplinary Rules as charged. Respondent is hereby indefinitely suspended from the practice of law. A condition of respondent's possible reinstatement will be evidence of compliance with his contract with OLAP. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., would suspend respondent for two years with one year stayed.